IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. HIGHSMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>GEICO CASUALTY COMPANY, and DOES 1–20,<br><br>    Defendants.<br>                                                / | No. C 16-02823 WHA<br><br>**REQUEST FOR RESPONSE RE AMENDED COMPLAINT** |

     In lieu of a response to Geico Casualty Company's pending motion to dismiss, plaintiff filed an amended complaint. Geico shall please state by **JUNE 21, AT NOON** whether the motion to dismiss should be denied as moot without prejudice to a renewed motion directed at the amended pleading or if it would prefer to continue with the present motion and address the amendments in the reply. In either case, a new briefing schedule and hearing date will be set.

Dated: June 16, 2016

                                                     WILLIAM ALSUP<br>
                                                     UNITED STATES DISTRICT JUDGE